KINGSWAY CONSTRUCTION COMPANY, Appellant, *v.* METROPOLITAN LIFE INSURANCE COMPANY, Respondent.

*Kingsway Construction Co.* v. *Metr. Life Ins. Co.*, 166 App. Div. 384, affirmed.

(Argued December 13, 1917; decided January 8, 1918.)

APPEAL from a judgment, entered February 23, 1915, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint in an action to recover damages for failure to carry out an alleged building loan agreement. Upon the trial a motion was made by defendant at the close of the plaintiff's case and at the close of the entire case for a dismissal of the complaint and for direction of a verdict, upon the ground that the alleged application for a building loan and a letter of defendant's did not constitute a contract; that conditions precedent were not performed, and that plaintiff had failed to prove a cause of action. These motions

were denied, and the court charged as a matter of law and fact that there was a contract between the parties to the action, and sent to the jury the question of performance on the part of the plaintiff and the question of damages. The reversal in the Appellate Division was based upon the grounds that there was no contract between the parties, and that there was no evidence as to any breach of contract by the defendant.

*George Edwin Joseph* and *Jerome A. Strauss* for appellant.

*Frederick C. Tanner* and *James N. Luttrell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, CARDOZO, CRANE and ANDREWS, JJ.